IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTOINE STUBBLEFIELD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-2405-N(BK) |
| | § | |
| OFFICER G. GARCIA, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. #3) as moot.

SO ORDERED.

SIGNED March 4, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE